UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JAN 27 PM 3: 36

CLERK

_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANNY DANIELS, and<br>CATHERINE TEIXEIRA,<br>       Defendants. | UNDER SEAL<br><br>Case No. 2:23-MJ-11 |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The United States of America, by its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, hereby moves this Court to seal the Complaint, the Arrest Warrants, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of defendants, to protect the safety of the arresting officers and prevent the flight of the defendant.

WHEREFORE, the United States requests that the Court grant this motion to seal the Complaint, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of defendants.

Dated at Burlington, in the District of Vermont, January 27, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: _____
Zachary B. Stendig
Assistant United States Attorney
P.O. Box 570
Burlington, VT 05402-0570