U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JAN 27 PM 3:36

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

DANNY DANIELS, and
CATHERINE TEIXEIRA,
    Defendants.

UNDER SEAL

Case No. 2:23-MJ-11

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendants, it is hereby

ORDERED, that the Complaint, Arrest Warrants, Motion to Seal Complaint, this Order, and the docket sheet are hereby sealed until the arrest of the defendants.

Dated at Burlington, in the District of Vermont, this 27th day of January 2023.

_____
HON. KEVIN J. DOYLE
United States Magistrate Judge