NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:23-mj-11-2

Catherine Teixeira

TAKE NOTICE that the above-entitled case is scheduled for Thursday, May 11, 2023 at 2:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

| | |
|---|---|
| Location: Burlington – 410 Courtroom | JEFFREY S. EATON, Clerk<br>By: */s/ H. Beth Cota*<br>Deputy Clerk<br>4/28/2023 |

TO:

Matthew J. Lasher, AUSA
Zachary B. Stendig, AUSA

Mark D. Oettinger, Esq.