U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 JUN 26  PM 3: 02

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA    )
    )
v.    )    Criminal No. 2:23-mj-00011-2
    )
CATHERINE TEIXEIRA,    )
    )
Defendant.    )

## INFORMATION

The United States Attorney charges that:

### Count One

On or about October 11, 2022, in the District of Vermont, the defendant, CATHERINE

TEIXEIRA, knowingly and intentionally possessed cocaine and methamphetamine, Schedule II

controlled substances.

(21 U.S.C. § 844(a))

_____ (MJL/ZBS)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
June 26, 2023