NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                                            Case No.  2:23-mj-11-2

Catherine Teixeira

TAKE NOTICE that the above-entitled case is scheduled for Thursday, October 19, 2023 at 11:00 a.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Sentencing.

Location:  Burlington – 410 Courtroom                         JEFFREY S. EATON, Clerk
                                                                                               By: */s/ H. Beth Cota*
                                                                                                                            Deputy Clerk
                                                                                                                            7/11/2023

TO:

Matthew J. Lasher, AUSA
Zachary B. Stendig, AUSA

Mark D. Oettinger, Esq.