UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:23-mj-00011-kjd |
| ) | |
| CATHERINE TEIXEIRA, ) | |
| Defendant. ) | |

## **ORDER**

The United States has moved for an arrest warrant and for a show-cause hearing regarding revocation of defendant CATHERINE TEIXEIRA pretrial release. The motion is based on the defendant's alleged failure to complete drug treatment on or about July 20, 2023. The motion of the United States for an arrest warrant is granted, and a warrant shall be issued. Once arrested, a hearing will be scheduled to provide the defendant with an opportunity to show cause why her conditions of release should not be revoked.

The United States also seeks to seal this Order, the arrest warrant, its motion, and related documents and docket entries until the arrest of the defendant. For good cause shown, that is, to protect the safety of the arresting officers and prevent the potential flight of the defendant, the motion to seal is granted. It is ordered that the Arrest Warrant, related motion, this Order, and the corresponding docket entries are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this ____ day of July, 2023.

HON. KEVIN J. DOYLE, JUDGE
United States District Court
District of Vermont